```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO, NEW YORK
```

| | |
|---|---|
| JAIME A. DIAZ ONEILL<br>PLAINTIFF<br><br>V<br><br>AUTHORITY OF AQUEDUCTS AND<br>SEWERAGE OF PUERTO RICO<br><br>DEFENDANTS | CIVIL ACTION NO:<br><br>**14 CV 533-S**<br><br>IN RE: 42 USC & 1983 CIVIL<br>ACTION FOR DEPRAVATION<br>OF RIGHTS /<br>CONSTITUTIONAL RIGHTS /<br>COLLECTION OF MONEY /<br>DAMAGES |



## DEMAND IN CIVIL ACTION

**THE HONORABLE COURT:**

**To appear** Mr. Jaime A. Díaz Oneill in their own right who subscribes and respectfully **exposed, claims and requests:**

1. That the applicant is the Mr. Jaime A. Diaz ONeill, with SSN XXX-XX-5985, with residence at Admiral 7b Marine Drive 14202, your mailing address at Po Box 461 Buffalo NY 14201, phone 787-447-2424, and direction of electronic mail in jaimeadiazoneill@ymail.com

2. That the respondent is the Authority of Water and Sewerage Systems of Puerto Rico, the Corporation Publishes of the Commonwealth of Puerto Rico, dedicated to the conversion of raw water to drinking and systems of drainage

systems in Puerto Rico, with address at Avenida Barbosa # 604 Hato Rey, Puerto Rico your postal address Po Box 7066 San Juan PR 00916-7066, with phone 787-620-2277

3. Mr. Jaime A. Diaz Oneill has a final and firm ruling in its favour by the Honorable Board of Labor Relations of Puerto Rico in CQ-04-1037, in CQ-04-1671 in CA-2005-21 which gives context to demand payment in damages.

4. That the ruling gives frame to claim $240.000.00 thousand dollars for ten years of salary arrears accruing.

5. That the ruling gives frame to claim $600.000.00 thousand dollars for three months of salary for each year of service.

6. That the judgment of frame to claim $3.000.000.00 million for CQ-04-1037 based on damage, direct persecution, paving and manufacture of cases **45 days to resolve the complaints.**

7. That the ruling gives frame to claim contributions to social insurance attached to any penalty and interest 10.26%.

8. That the ruling gives frame to claim contributions to the Association of Employees of the free Associated State of Puerto Rico attached to any penalty and interest 3.00%.

9. That the ruling gives frame to claim contributions to retirement of the employees of the Commonwealth of Puerto Rico system 8.275%.

10. Facing the ruling framework accreditation for 10 years to vacation balance.

11. Facing the ruling framework accreditation for 10 years to balance of disease.

12. That the ruling gives frame to the levels of merit pay.

13. That sentence gives frame to the reassignment of the post payment

14. That the ruling gives frame to pay for the loss of the residence of Mr. Jaime A. Diaz Oneill in Puerto Rico $150.000.00 dollars plus interest and penalties.

15. That it invokes the racketeer influenced and corrupt organizations Statute.

16. Is requesting of the Honorable Court of district of the United States issued the payment order by $4.000.000.00 million plus interest and penalties.

**For all of which** is requested the Honorable Court of District of the United States of America to take judicial knowledge of this brief and issue judgment of leading compliance to the payment of $4.000.000.00 million dollars plus interest and penalties.

**RESPECTFULLY SUBMITTED** in Buffalo, New York 1 of july of 2014

Jaime A. Díaz O'Neill

PO BOX 461

BUFFALO, NY 14201

JAIMEADIAZONEILL@YMAIL.COM

787-447-2424