Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Jaime A. Diaz O'Neill

(Name of Plaintiff or Petitioner)

v.

Autoridad de Acueductos y Alcantarillados de Puerto Rico

(Name of Defendant(s) or Respondent(s))

MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION
-CV-

FILED JUL 1 - 2014 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

14 CV 533-S

I, Jaime A. Diaz O'Neill, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes ____ No ✓
   My Employer's Name and Address is: ____

   My **Gross** Monthly Wages are: $ ____
   If you are not presently employed, state
   Your Last Date of Employment: Feb 14, 2014
   Your Gross Monthly Wages at that time: 218.92
   Is your spouse presently employed? Yes ____ No ✓ Single
   My Spouse's Employer's Name and Address is: ____

   My Spouse's **Gross** Monthly Wages are $ ____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ✓ No ____
      If yes, state **source** and **amount received** per month $ employment Feb 14, 2014 $800.00
   b. Rent payments, interest or dividends? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   c. Pensions, annuities, disability, or life insurance payments? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   d. Gifts or inheritances? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   e. Child Support? Yes ____ No ✓
      If yes, state **amount received** each month $ ____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ✓ No ____
      If yes, state **source** and **amount received** per month $ Welfare for pay my Rent $416.00 Monthly
   g. Friends, Relatives or any other source? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   ____

3. What is your total gross monthly income today: $ 0

4. How much **cash** do you have on hand? $ 0

5. How much money do you have in a **checking account**(s)? $ 0

6. How much money do you have in a **savings account**(s)? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ✓  No ___
   If so, **describe** the property in detail and give an **estimated value** of the property: Mazda Protege 1997 $300.00

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ___ No ___
   If yes where are you obtaining the money to make such payments: _____

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $ 393.50   Food $ 189.00   Utilities $ included   All other expenses $ ___
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   _____

10. List **all of the** people who are in your household and state the amount of money each one contributes to household expenses each month: 0
    _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: 0
    _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ___ No ✓
    If the answer is yes, please include the court and date of filing _____

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 07/01/2014                    [signature]
           (Date)                          (Applicant's Signature)

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

**I certify** that the movant has the sum of $ _____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____.

**I further certify** that the movant's average account balance was $ _____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution