UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO, NEW YORK

| | |
|---|---|
| JAIME A. DIAZ ONEILL<br><br>PLAINTIFF<br><br>V<br><br>AUTHORITY OF AQUEDUCTS AND SEWERAGE OF PUERTO RICO<br><br>DEFENDANTS | CIVIL ACTION NO:<br>14CV533-S<br><br>IN RE: 42 USC & 1983<br>CIVIL ACTION FOR<br>DEPRAVATION OF RIGHTS /<br>CONSTITUTIONAL RIGHTS /<br>COLLECTION OF MONEY /<br>DAMAGES |



## URGENT MOTION IN REQUEST THE SUMMONS

**THE HONORABLE COURT:**

**TO APPEAR** Mr. Jaime A. Diaz Oneill in their own right who subscribes and respectfully **exposed, claims and request**

1. That is request to the Honorable Court dispatched urgent the summons in this case.

2. That Is request to the Honorable Court that the summons are completed by the marshalls of the court.

**FOR ALL WHICH** is requested the Honorable Court of District of the United States of America to take judicial knowledge about the urgent motion and order the summons with any statement that in law appropriate.

**RESPECTFULLY SUBMITTED** in Buffalo, New York \_\_1\_\_ of august of 2014.

*[signature: Jaime A. Diaz O'Neill]*

Jaime A. Díaz O'Neill

**PO BOX 461**

**BUFFALO, NY 14201**

JAIMEADIAZONEILL@YMAIL.COM

787-447-2424