AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIMIE A. DIAZ O'NEILL | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 14-CV-533S |
| v. | |
| AUTHORITY OF AQUEDUCTS AND SEWAGE OF PUERTO RICO | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Motion to Opt Out of ADR and the Motion for Depravation of Rights/Constitutional Rights/Damages are Denied as moot; that the Motion for Leave to Proceed in forma pauperis is Granted; that the complaint is dismissed with prejudice and that leave to appeal to the Court of Appeals as a poor person is Denied.

Date: February 23, 2015                           MICHAEL J. ROEMER, CLERK


                                                  By: s/Suzanne Grunzweig
                                                      Deputy Clerk